IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60690
Summary Calendar
_____

ARTHUR JOHN MILLER,

Plaintiff-Appellant,

versus

RONALD JAMES; MICHAEL MORRIS;
ROBERT SWOPE; KHURSHID YUSUFF,

Defendants-Appellees.

--------------------
Appeals from the United States District Court
for the Southern District of Mississippi
USDC No. 5:98-CV-188-BrS
--------------------
March 15, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Arthur John Miller ("Miller"), federal inmate #88057-020, appeals the district court's dismissal of his civil rights suit filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). Miller argues that the defendants violated his constitutional rights when he was unjustly placed on Inmate Financial Responsibility Program Refuse status. Miller alleges that his prison status affected his prison privileges and eligibility for certain jobs.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court did not err in dismissing Miller's complaint as frivolous because Miller failed to demonstrate any constitutional violations.  See <u>Bulger v. United States Bureau of Prisons</u>, 65 F.3d 48, 49-50 (5th Cir. 1995); <u>see</u> <u>also</u> <u>McGhee v. Clark</u>, 166 F.3d 884, 886 (7th Cir. 1999).

The decision of the district court is AFFIRMED.